**Order entered October 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01137-CV

## BISHOP ABBEY HOMES, LTD. AND NATHAN HALSEY, Appellants

## V.

## BYRON AND PAIGE HALE, Appellees

### On Appeal from the 439th Judicial District Court
### Rockwall County, Texas
### Trial Court Cause No. 1-11-1207

## ORDER

We **GRANT** court reporter Barbara L. Tokuz's October 2, 2014 request for extension of time to file the record and **ORDER** the reporter's record, or written verification that appellants have not paid or made arrangements to pay for the record, be filed no later than November 18, 2014. We caution appellants that failure to pay or make arrangements to pay for the record may result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/     ADA BROWN
        JUSTICE